RISTENPART LAW, LLC
Theresa Ristenpart, Esq.
1 E. Liberty Street, 6th Floor
Reno, NV 89501
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ARNOLDO ALVAREZ,<br><br>　　　　　Defendant. | Case No. 3:15-CR-00054-RCJ-WGC<br><br>STIPULATION TO CONTINUE SENTENCING<br>(FIRST Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED by and through DANIEL G. BOGDEN, United States Attorney for the District of Nevada, and JAMES E. KELLER, Assistant United States Attorney, counsel for the United States of America; THERESA RISTENPART, Esq., counsel for defendant Jose Arnoldo Alvarez; that the sentencing, currently scheduled for February 15, 2017, at 2:00 p.m., be vacated and continued to March 22, 2017, at 10:00 a.m.  This is the first request for a continuance in this matter.

　　　　This stipulation is entered into for the following reasons:

　　　　1.　　The additional time is requested to allow counsel and Division of Parole and Probation to meet for defendant's pre-sentence report interview which was delayed several times for interpreter issues.

　　　　2.　　Denial of this request for continuance would deny the defendants additional time and opportunity for sentencing mitigation.

1

3. Defendant Jose Arnoldo Alvarez, who is in custody, agrees to this continuance.

DATED this 13th day of February, 2017.

DANIEL G. BOGDEN
United States Attorney

/s/ James E. Keller                                         /s/ Theresa Ristenpart
JAMES E. KELLER                                       THERESA RISTENPART, Esq.
Assistant United States Attorney               Counsel for Defendant Alvarez

IT IS ORDERED that the sentencing, currently scheduled for February 15, 2017, is hereby vacated and and reset for Wednesday, March 22, 2017 10:00 in Reno Courtroom 6 before Judge Robert C. Jones.

Dated this 14th day of February, 2017

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

2